IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH CRUISE,<br>　　　Plaintiff,<br><br>　　v.<br><br>ACA RECEIVABLES COMPANY, LLC,<br>d/b/a AMERICAN AGENCIES,<br>a California limited liability company,<br>　　　Defendant. | :<br>:<br>:　CIVIL ACTION FILE<br>:<br>:　NO. <u>1:10-cv-03696-HTW-AJB</u><br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　by:　<u>/ s/ James M. Feagle</u>
　　　　　　　　　　　　　　　　James M. Feagle
　　　　　　　　　　　　　　　　Georgia Bar No. 256916

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue ● Suite 204
Decatur, GA 30030
(404) 373-1970 ● fax: (404) 601-1855